421 A.2d 214

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Clair Douglas BLAIR.**

Supreme Court of Pennsylvania.

Argued Oct. 3, 1980.

Decided Nov. 3, 1980.

Harry A. Penich, Asst. Dist. Atty., Mercer, for appellant.

Richard A. Peterson, Peterson & Gula, Greenville, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Order of the Court of Common Pleas of Mercer County is affirmed.